# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO.: 3:07CR267-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff, )<br>vs. )<br>     )<br>SHEILA LEWIS, )<br>     Defendant. )<br>     )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Reconsideration Of Detention Order" (Document No. 30) filed by the Defendant, Sheila Lewis, on November 17, 2008. For a second time since entering a guilty plea to three counts in her Bill of Indictment on June 6, 2008, the Defendant in her motion seeks reconsideration of the Court's original detention order. The Court notes that the Probation Office recommended detention in its original Pretrial Services Report, and Assistant United States Attorney Mark Odulio opposes this Motion for Reconsideration of Bond. After a careful consideration of the Defendant's motion and the complete record in the case, the undersigned concludes that there is no basis for reconsideration of the detention order, and thus, the motion will be **DENIED**.

**IT IS THEREFORE ORDERED** that the Defendant's "Motion For Reconsideration Of Detention Order" (Document 30) is **DENIED**.

Signed: November 18, 2008

David C. Keesler
United States Magistrate Judge