# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL CASE NO.: 3:07cr267-MR

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SHEILA LEWIS, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the handwritten correspondence to Magistrate Judge Horn received from Defendant, Sheila Lewis, dated January 13, 2009. In her letter, Ms. Lewis appears to seek another reconsideration of her bond.

The record reflects that Ms. Lewis is represented by appointed counsel, Pili Layla Fleming. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Ms. Lewis has any matters she wishes this Court to consider, they must be submitted through her attorney.

**IT IS, THEREFORE, ORDERED** that Ms. Lewis' letter request for reconsideration of her bond is **DENIED** without prejudice to her right to re-file the motion, if appropriate, through her attorney, Ms. Fleming.

Signed: January 21, 2009

David C. Keesler
United States Magistrate Judge